**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

100 WALL STREET
NEW YORK, NY 10005
(212) 687-0100

ANDRE MAJOR
ATTORNEY
(212) 912-3664
(212) 687-0659
AMAJOR@HARRISBEACH.COM

July 10, 2024

**ViaECF**

Judge Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application granted. Initial Pretrial Conference rescheduled for July 30, 2024 at 3:00pm.
>
> SO ORDERED.
>
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated: July 10, 2024
>        New York, New York

Re:  **Katharine Wowk v. Wilfredo Maldanado, Ventas, Inc. d/b/a Atria Riverdale**
     **Docket No.: 1:24-cv-04255-NRB**
     **Our File No.: 431432**

Dear Judge Buchwald:

    This office represents Defendant Ventas, Inc. d/b/a Atria Riverdale ("Defendant") in the above-referenced matter. Consistent with section 1(E) of the Court's Individual Practices, we submit this request for an adjournment of the Initial Pretrial Teleconference, currently scheduled for July 11th at 12:00pm by June 27, 2024 order of this Court. (Dkt. No. 5).

    As an initial matter, the undersigned apologizes to the Court for submitting this request the day before the initial conference. This firm is being replaced as counsel of record for Defendant in this matter and anticipated the substitution would occur before the conference. It now appearing the substitution will not occur before July 11th, the undersigned humbly requests a two week adjournment of the conference to any day between July 22nd and July 26th, inclusive, in order to ensure the Court's time and resources are not wasted.

    No prior request for an adjournment has been made and Plaintiff consents to this request. If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

Andre J. Major

CC:  Plaintiff's counsel
     By email:    gdelgado@forthepeople.com
                  ttorigian@forthepeople.com