```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
KATHERINE WOWK,

                         Plaintiff,
                                                    ORDER
          - against -
                                               24 Civ. 4255 (NRB)
Wilfredo Maldonado, et al,

                         Defendants.
---------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Docket entry 17 filed on October 1, 2024, contains material which not only has no relevance to this case but contains sensitive information. Therefore, the filing is sealed and should remain sealed. Plaintiff shall refile the portion of Doc. No. 17 which pertains to this case.

DATED:   New York, New York
         October 8, 2024

                                    _____
                                       NAOMI REICE BUCHWALD
                                     UNITED STATES DISTRICT JUDGE